1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GERALD EDMUND NICHOLS,                    No.  2:15-cv-0522 DAD P

12                  Petitioner,

13        v.                                   ORDER

14   UNKNOWN,

15                  Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  However, petitioner has failed to file his request to proceed

19   in forma pauperis on the form used for this district or else pay the required filing fee ($5.00).  See

20   28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity to either submit the

21   appropriate affidavit in support of a request to proceed in forma pauperis or submit the

22   appropriate filing fee.

23        In accordance with the above, IT IS HEREBY ORDERED that:

24        1.  Petitioner's March 9, 2015 request to proceed in forma pauperis (ECF No. 2) is denied

25   without prejudice.

26        2.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

27   support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

28   failure to comply with this order will result in a recommendation that this action be dismissed.

1

1         3.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2    form used by this district.

3    Dated:  March 23, 2015

4

5    _____
     DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE

6    DAD:10/md
     nich0522.101a

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28